IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK McCANN,

    Plaintiff,

v.

CHELSEA LLOYD,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-772-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Derrick McCann's complaint for lack of subject matter jurisdiction.

_____          _____
Peter Oppeneer, Clerk of Court                                    4-15-11
                                                                                Date